Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URS BRUNNER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLDCORP INC., CHARLES A. JEANNES, LINDSAY A. HALL, DAVID GAROFALO, and RUSSELL BALL,<br><br>Defendants. | Case No. 2:16-cv-07868<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that Plaintiff Urs Brunner files this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not filed an answer or moved for summary judgment.  A class has not been certified. Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action.

This dismissal is without prejudice.  Each party is to bear their own costs and fees.

- 1 -
Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)

| | | |
|---|---|---|
| 1 | Dated: October 22, 2016 | Respectfully submitted, |
| 2 | | **THE ROSEN LAW FIRM, P.A.** |
| 3 | | |
| 4 | | By: /s/ Laurence M. Rosen |
| | | Laurence M. Rosen, Esq. (SBN 219683) |
| 5 | | 355 S. Grand Avenue, Suite 2450 |
| 6 | | Los Angeles, CA 90071 |
| | | Telephone: (213) 785-2610 |
| 7 | | Facsimile: (213) 226-4684 |
| 8 | | Email: lrosen@rosenlegal.com |
| 9 | | *Counsel for Plaintiff* |

- 2 -

Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On October 22, 2016, I electronically filed the foregoing NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on October 22, 2016.

/s/ Laurence Rosen
Laurence M. Rosen