# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Urs Brunner, et al. <br><br> PLAINTIFF(S) <br> v. <br><br> Goldcorp Inc., et al <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:16-cv-07868-RSWL-JEMx <br><br> **ORDER RETURNING CASE FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 14-03 .


10/24/2016                                   s/ RONALD S.W. LEW
Date                                         United States District Judge


## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge   Percy Anderson   for all further proceedings. On all documents subsequently filed in this case, please substitute the initials   PA   after the case number in place of the initials of the prior judge so that the case number will read   2:16-cv-07868 PA(JEMx)  .

This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge   ☐ Statistics Clerk

CV-89 (06/14)                              ORDER RETURNING CASE FOR REASSIGNMENT